

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00325-CV

**JUPE FEEDS, INC.,**

**Appellant**

 **v.**

**JOSE PINA,**

**Appellee**

## From the 249th District Court
## Johnson County, Texas
## Trial Court No. C201300273

## MEMORANDUM OPINION

Jupe Feed's Petition for Permissive Interlocutory Appeal filed on September 28,

2015 is denied.  Accordingly, this appeal is dismissed for want of jurisdiction.  *See* TEX.

R. APP. P. 28.3; 43.2(f).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Petition denied
Appeal dismissed
Opinion delivered and filed October 15, 2015
[CV06]

